Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. Joseph Very Quarles* for petitioner. *Messrs. O. W. Dynes, Rodger Murphy Trump, C. S. Jefferson,* and *Walter Bender* for respondent.

No. 788. McGARRY, ADMINISTRATRIX, *v.* CENTRAL RAILROAD Co. April 20, 1931. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Messrs. Harry Lane* and *Clement K. Corbin* for petitioner. *Messrs. Edwin F. Smith* and *Charles E. Miller* for respondent. See also, 105 N. J. L. 590, 147 Atl. 472.

No. 789. MIAMI VALLEY FRUIT Co. ET AL. *v.* UNITED STATES. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John R. L. Smith* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,* and *Andrew D. Sharpe* for the United States.

No. 791. BIERNACKI, ADMINISTRATRIX, *v.* PENNSYLVANIA RAILROAD Co. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Sydney A. Syme* for petitioner. *Messrs. Roscoe H. Hupper* and *Morton L. Fearey* for respondent.

No. 792. BOWLES *v.* LAWS ET AL. April 20, 1931. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. T. Morris Wampler* for